UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Justin ARMSTRONG, et al<br>Plaintiffs,<br>v.<br>David C. ARMSTRONG,<br>Defendant. | Case No. 3:24-cv-00469-ART-CSD<br><br>ORDER |

Pending before the Court is Plaintiffs' motion for extension of time (ECF No. 33). Plaintiffs request additional time to respond to Defendant's motion to dismiss (ECF No. 21) and motion for summary judgment (ECF No. 22). Plaintiffs explain that their counsel has had difficulties meeting deadlines due to health issues and the holidays. (ECF No. 33.)

Good cause appearing, the Court orders that Plaintiffs' motion for extension of time (ECF No. 33) is granted.

The stipulation for extension of time (ECF No. 24) is denied as moot.

Plaintiffs have until January 17, 2025, to respond to Defendant's motion to dismiss (ECF No. 21) and motion for summary judgment (ECF No. 22).

DATED: January 3, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE