**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN ARMSTRONG, et al.,<br><br>Plaintiffs<br><br>v.<br><br>DAVID C. ARMSTRONG,<br><br>Defendant | Case No.: 3:24-cv-00469-ART-CSD<br><br>**Order** |

At a Case Management Conference on December 20, 2024, the court granted the motion to stay discovery pending District Judge Traum ruling on pending motions to dismiss and for summary judgment. The court ordered that if the motions were denied, the parties would have 30 days to meet and confer and file a proposed discovery plan and scheduling order (DPSO). (ECF No. 38.)

On March 27, 2025, Judge Traum issued an order denying the motions to dismiss and for summary judgment. (ECF No. 49.)

To date, no proposed DPSO has been filed.

The parties shall meet and confer via telephone or video conference and **FILE** a proposed DPSO with the court no later than **July 10, 2025**.

**IT IS SO ORDERED**.

Dated: June 30, 2025

_____
Craig S. Denney
United States Magistrate Judge