# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ARMSTRONG, et al., | Case No.: 3:24-cv-00469-ART-CSD |
| Plaintiffs | **Minute Order** |
| v. | Re: ECF No. 57 |
| DAVID C. ARMSTRONG, | |
| Defendant | |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>ASHLYN BYE</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Pursuant to the court's Civil Standing Order (ECF No. 20), Defendant shall file a response to Plaintiff's discovery motion within two court days, by **December 19, 2025,** and the response is limited to **5 pages** in length.

**IT IS SO ORDERED**.

Dated: December 17, 2025                    DEBRA K. KEMPI, CLERK

                                                             By:     <u>/s/</u>

                                                                           Deputy Clerk