**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA - RENO DISTRICT**

| | |
|---|---|
| **JUSTIN ARMSTRONG, a citizen of the State of Louisiana; KERRY ARMSTRONG, a citizen of the State of Hawaii; SUMMER ARMSTRONG,** a citizen of the State of North Carolina; **MADISON ARMSTRONG,** a citizen of the State of Louisiana; **KELLY ARMSTRONG**, a citizen of the State of Utah and **JAMIE ARMSTRONG,** a citizen of the State of Utah,<br><br>Plaintiff(s),<br><br>v.<br><br>**DAVID C. ARMSTRONG**, an individual; **JOHN DOES 1 -10**; **JANE DOES 1 - 10**; **ABC, L.L.C 1 - 5;** and **XYZ CORPORATIONS, 1 - 5,**<br><br>Defendants | **Case No.**   3:24CV00469 ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (ECF 65) AND TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF 67) |

<u>STIPULATION</u>

1.      On the first day of May, 2025, defendant filed his "Response" (ECF 66) to plaintiffs "Motion For Summary Judgment" (ECF 65).

2.      On the first day of May 2025, defendant filed his "Motion For Summary Judgment (ECF 67).

3.       Counsel for plaintiffs is dealing with the final stage events in a parent's

life and has requested a two (2) week extension to respond to the foregoing and identified filings.

4.     Both parties agree that a two week extension to respond for the plaintiff is appropriate under these facts and circumstances.

Dated: May 15, 2026

**SLIGHTING LAW**

**/s/ Bradley S. Slighting, Esq.**

_____
**Bradley S. Slighting**
1707 Village Center Circle, #100
Las Vegas, NV 89134
Ph. 702-744-78474
Email: Brad@slightinglaw.com
Of Counsel **and**

**Mark B. Pyper, Esq. of**
**BARTON PYPER, P.L.L.C.**
Co-Counsel and Attorneys for *Plaintiff Armstrong Grandchildren*

/s/ John Neil Stephenson

_____
Stephenson Law, PLLC
By: **John Neil Stephenson, Esq.**
Counsel for Defendants

ORDER

Based upon this stipulation and good cause appearing therein,

The plaintiff may have a fourteen day extension of time to file a reply to ECF 66 and a response to ECF 67, such that both responses will be due on or before June 1, 2026.

IT IS SO ORDERED:

Dated May 26, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

-2-